

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2022

No. 04-22-00072-CV

**JMI CONTRACTORS, LLC**,
Appellant

v.

**JOSE MANUEL MEDELLIN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05983
Honorable Aaron Haas, Judge Presiding

## C O R R E C T E D   O R D E R

On August 1, 2022, appellant filed a motion requesting a thirty-day extension of time to file its brief. After consideration, we **grant** the motion and **order** the brief due **by August 30, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court